UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

CARPENTERS & JOINERS WELFARE FUND, TWIN CITY CARPENTERS PENSION FUND, TWIN CITY CARPENTERS APPRENTICESHIP FUND, TWIN CITY CARPENTERS VACATION FUND TRUSTS,

Plaintiffs,

vs.

SHEILA WAYNE, d/b/a LESTER PETERSON FLOOR SERVICE, GERALDINE PETERSON, DAVID LESTER PETERSON, AND MIDWEST SPORT FLOORS, INC.,

Defendants.

Civil File No. 02-779 (JEL/JGL)

**ORDER FOR DISMISSAL**
**WITHOUT PREJUDICE**

**ORDER**

Pursuant to the Stipulation of the parties, this matter is hereby dismissed without prejudice and without costs to either party.

**IT IS SO ORDERED.**

Date: [handwritten date]

The Honorable Joan E. Lancaster
United States District Court Judge

FILED SEP 04 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS